```
       IN THE UNITED STATES DISTRICT COURT FOR
             SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**JESSE PETTAWAY,**         :

    **Plaintiff,**         :

**vs.**                      :    **CIVIL ACTION 03-0848-CB-B**

**LEONARD F. MIKUL,**        :

    **Defendant.**        :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is ADOPTED as the opinion of this Court. It is ORDERED that this action be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii) because plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

DONE this 21st day of October, 2005.

                                       <u>s/Charles R. Butler, Jr.</u>
                                       **Senior United States District Judge**